NOLAN *v.* RHODES, GOVERNOR OF OHIO, ET AL.

No. 454. Decided June 22, 1964.*

*Kenneth G. Weinberg* and *Stewart R. Jaffy* for appellant in No. 454.

*William B. Saxbe,* Attorney General of Ohio, and *Hugh A. Sherer* for appellees in No. 454.

*Jerome Goldman, Robert P. Goldman* and *Harris Weston* for appellants in No. 455.

*William B. Saxbe,* Attorney General of Ohio, *Gerald A. Donahue,* First Assistant Attorney General, and *John J. Chester* for appellees in No. 455.

PER CURIAM.

The judgment below is reversed. *Reynolds* v. *Sims,* 377 U. S. 533. The cases are remanded for further proceedings consistent with the views stated in our opinions in *Reynolds* v. *Sims* and in the other cases relating to state legislative apportionment decided along with *Reynolds.*

MR. JUSTICE CLARK would reverse on the grounds stated in his opinion in *Reynolds* v. *Sims,* 377 U. S. 533, 587.

MR. JUSTICE STEWART would affirm the judgment because the Ohio system of legislative apportionment is

---

*Together with No. 455, *Sive et al.* v. *Ellis et al.,* also on appeal from the same court.

clearly a rational one and clearly does not frustrate effective majority rule.

MR. JUSTICE HARLAN dissents for the reasons stated in his dissenting opinion in *Reynolds* v. *Sims,* 377 U. S. 533, 589.